UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA
v.

GLORIA C. AYSON

**JUDGMENT IN A CRIMINAL CASE**
(For a Petty Offense)-- Short Form
CASE NUMBER: 3:08mj266/EMT

AFPD Randall Lockhart
Defendant's Attorney

☐ **THE DEFENDANT** pled guilty to Violation No. N1545078

| Title & Section | Nature of Offense | Date Concluded | Count Number(s) |
|---|---|---|---|
| 32 C.F.R. § 210 and F.S.S. § 320.07 | Expired Tag More Than Six Months | 06/20/08 | N1545078 |

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fine, SMA & processing fee has been paid.)

| Assessment | Fine | Processing Fee |
|---|---|---|
| $ 5.00 | $ 60.00 | $ 25.00 |

Date of Imposition of Sentence - 8/20/08

Elizabeth M. Timothy
UNITED STATES MAGISTRATE JUDGE

Date: 8-22-08